1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA D. WITHERS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7                       IN THE UNITED STATES DISTRICT COURT
8                          EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00108-DAD-BAM |
|---|---|
11 | Plaintiff, | |
12 | v. | MOTION TO UNSEAL INDICTMENT AND [PROPOSED] ORDER |
13 | JOHN ALLEN PERRY, | |
14 | Defendant. | |

15

16     The United States of America, by and through its undersigned counsel, hereby moves to unseal
17 the indictment in the above-captioned case. On July 2, 2020, the grand jury returned an indictment in
18 this case, which was sealed to prevent the defendant becoming aware of the charges until an arrest could
19 be made. As the defendant was arrested today based upon this indictment, there is no longer a need for
20 the indictment to remain sealed.

21

22   Dated: September 29, 2020                McGREGOR W. SCOTT
                                              United States Attorney
23

24                                       By:  /s/ LAURA D. WITHERS
                                              LAURA D. WITHERS
25                                            Assistant United States Attorney

26
27
28

1

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, for the reasons set forth above, and good cause having been shown, the indictment in this matter be UNSEALED.

IT IS SO ORDERED.

Dated:   **September 29, 2020**            **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE

2