UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:20-cr-00108 DAD BAM |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| JOHN ALLEN PERRY, | ) | |
| Defendant. | ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him.  Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1.      David A. Torres is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to September 30, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   __October 2, 2020__            _____/s/ Jennifer L. Thurston__
                                                                    UNITED STATES MAGISTRATE JUDGE