PHILLIP A. TALBERT
United States Attorney
LAURA D. WITHERS
BRIAN W. ENOS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00108-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA, AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| JOHN ALLEN PERRY, | DATE: March 21, 2022 |
| Defendant. | TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows.

1. By previous order, this matter was set for trial on April 19, 2022.

2. By this stipulation, the parties now move to set a change of plea on March 21, 2022, and to exclude time between March 15, 2022, and March 21, 2022, under Local Codes 7 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case and its related case includes full extractions from four cellphones of almost 100 gigabytes of data. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant reports that this client has signed a proposed plea

1

agreement, and the parties anticipate that it will be docketed shortly for the Court's consideration.

      c)    Counsel for defendant desires time to prepare for the change of plea hearing and begin to prepare for sentencing.

      d)    Counsel for defendant believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)    The government does not object to the continuance.

      f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2022 to March 21, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(G), (7)(A), B(iv) [Local Codes 7 and T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and also because the proposed plea agreement will be filed shortly for the Court's consideration.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. It is noted that the parties already have an exclusion of time through the date on which trial was set to commence, April 19, 2022.

IT IS SO STIPULATED.

Dated: March 15, 2022                              PHILLIP A. TALBERT
                                                              United States Attorney

                                                              /s/ LAURA D. WITHERS
                                                              LAURA D. WITHERS
                                                               Assistant United States Attorney

Dated: March 15, 2022

/s/ David Torres

DAVID TORRES
Counsel for Defendant
JOHN ALLEN PERRY

**ORDER**

Pursuant to the parties' stipulation,

IT IS SO ORDERED.

Dated: __March 15, 2022__

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE