TORRES |TORRES AND ASSOCIATES
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
JOHN ALLEN PERRY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00108 DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| JOHN ALLEN PERRY, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND LAUREL WITHERS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, John Allen Perry, by and through his attorney of record, David A. Torres, hereby requesting that the sentencing hearing currently set for Monday, June 27, 2022, be continued to July 11, 2022, at 8:30 a.m.

Due to defense counsel's trial schedule, Mr. Perry was unable to undergo a meeting with US Probation to prepare the Pre-sentencing Investigation Report. After discussions between the undersigned, AUSA Brian Enos and USPO Ross Micheli, all parties have agreed to continue the sentencing date to July 11, 2022.

1

**IT IS SO STIPULATED.**

                                    Respectfully Submitted,

DATED: May 11, 2022                                    */s/ David A Torres*
                                                        DAVID A. TORRES
                                                        Attorney for Defendant
                                                        JOHN ALLEN PERRY


DATED: May 11, 2022                                    */s/ Brian Enos*
                                                        BRIAN ENOS
                                                        Assistant U.S. Attorney

## **ORDER**

Pursuant to the parties' stipulation, the sentencing hearing in this action is continued to Monday, July 11, 2022, at 9:00 am.

IT IS SO ORDERED.

Dated: **May 11, 2022**                                  *Dale A. Drozd*
                                                UNITED STATES DISTRICT JUDGE