1  TORRES |TORRES AND ASSOCIATES
   A LAW CORPORATION
2  David A. Torres, SBN135059
3  1318 K. Street
   Bakersfield, CA 93301
4  Tel: (661)326-0857
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   JOHN ALLEN PERRY
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-CR-00108 DAD-BAM |
12 | Plaintiff, | |
13 | v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
14 | JOHN ALLEN PERRY, | |
15 | Defendants. | |

16
17 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.
18 DROZD AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:
19     **COMES NOW** Defendant, John Allen Perry, by and through his attorney of record,
20 David A. Torres, hereby requesting that the sentencing hearing currently set for July 11, 2022, be
21 continued to August 23, 2022, at 9:00 a.m.
22     Mr. Perry has been receiving dental implants locally which has been paid for by his
23 family. He has several appointments before August 23, 2022, which he must attend to complete
24 the work. Continuing the sentencing date will ensure his treatment. I have spoken to AUSA Brian
25 Enos and he has no objection to the continuance.
26 //
27 //
28 //

                                    1

**IT IS SO STIPULATED.**

                                                 Respectfully Submitted,

DATED: June 24, 2022               */s/ David A Torres*
                                              DAVID A. TORRES
                                              Attorney for Defendant
                                              JOHN ALLEN PERRY

DATED: June 24, 2022               */s/ Brian Enos*
                                              BRIAN ENOS
                                              Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED** that the sentencing hearing be continued to Tuesday, August 23, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**June 24, 2022**__                      *Dale A. Drozd*
                                              UNITED STATES DISTRICT JUDGE