TORRES |TORRES STALLINGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
JOHN ALLEN PARRY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ALLEN PERRY,<br><br>Defendants. | Case No. 1:20-CR-00108 ADA-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA de ALBA AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, John Allen Perry, by and through his attorney of record, David A. Torres, hereby requesting that the sentencing hearing currently set for Tuesday, September 6, 2022, be continued to September 26, 2022, at 8:30 a.m.

Mr. Perry has several medical appointments to attend. In addition, defense is seeking additional letters regarding sentencing.

Counsel for defense has spoken to AUSA Brian Enos who does not object to the continuance.

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: September 1, 2022        */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
JOHN ALLEN PERRY


DATED: September 1, 2022        */s/ Brian Enos*
BRIAN ENOS
Assistant U.S. Attorney


## **ORDER**

**IT IS SO ORDERED** that the sentencing hearing be continued to Monday, September 26, 2022, at 8:30 a.m.


IT IS SO ORDERED.

Dated:   September 1, 2022        _____
UNITED STATES DISTRICT JUDGE

2