TORRES | TORRES STALLINGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
JOHN ALLEN PERRY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ALLEN PERRY,<br><br>Defendants. | Case No. 1:20-CR-00108- ADA-BAM<br><br>REQUEST AND ORDER TO ALLOW DEFENSE COUNSEL TO FILE A LATE NOTICE OF APPEAL |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA

DE ALBA; AND ASSISTANT UNITED STATES ATTONRY, BRIAN ENOS:

    Defendant, by and through his attorney of record, David A. Torres, hereby submits this proposed request the Eastern District Court permission to file a late notice of appeal. This notice is based on defense counsel's declaration.

Dated: December 13, 2022                         Respectfully Submitted,

                                                  */s/ David A. Torres*_____
                                                  David A. Torres
                                                  Attorney for John Allen Perry

## **DECLARATION OF COUNSEL**

I, David A. Torres, declare:

I am an attorney licensed to practice law in all federal courts of the state of California. I represented Mr. John Perry through sentencing and was paneled through CJA. In the event this notice of appeal is allowed to proceed forward, I will request defendant Perry be appointed appellate counsel through the Federal Defenders Office.

1. Mr. Perry was sentenced on October 7, 2022, before the Honorable Ana de Alba, United States District Court, Fresno.  The case was prosecuted by AUSA Brian Enos.

2. During the sentencing hearing, after my sentencing argument seeking a variance in the imposition of sentence, AUSA Enos mentioned in his rebuttal argument regarding facts of the case which are noted in pages 5 and 6, paragraphs 21, 22 and 23 of the Presentence Investigation Report [Dkt. 39]. During AUSA's rebuttal, to which the defendant became visibly upset and uttered in a low voice, "I want to appeal!" I asked him to refrain from speaking so that I could listen to the AUSA's argument.  After both arguments were submitted to the court, the court sentenced Mr. Perry to 240 months in federal prison and, per his request, the court allowed Mr. Perry to serve his time at the sex offender treatment facility in Eaglewood, Colorado. As defendant was being taken by the US Marshal's, he said, "I want an appeal".  Prior to sentencing, we discussed the appellate process during the review of plea agreement.  Mr. Perry never mentioned appealing the sentence.

3. After sentencing, I did not a receive a letter from Mr. Perry asking me to appeal.  Prior to sentencing, Mr. Perry was a prolific letter writer and mailed approximately 7 letters prior to sentencing.  On September 21, 2022, I underwent surgery and was laid up for approximately one week.  Prior to surgery, I was preoccupied undergoing MRI's and other pre-operation procedures and was unable to visit Mr. Perry.

4. On October 26, 2022, Mr. Perry called our office to inquire if an appeal was filed.  On

October 31, 2022, Mr. Perry's mother call to inquire about the appeals.  A message was left for me at the time as I was unavailable and not in the office.

5. Subsequently, I attempted to contact Mr. Perry, to no avail, as he has been in transit.

6. I respectfully request the court to allow leave to file this appeal, albeit late, to allow Mr. Perry's request for redress of a matter he considers to be a violation of his rights.  Based upon the tardiness, counsel respectfully believes there is excusable neglect to allow filing.

7. AUSA, Brian Enos, on behalf of the Government, does not object to defendant Perry's request to file a late notice of appeal.

Date: December 13, 2022

Respectfully Submitted,

*/s/ David A. Torres*
David A. Torres
Attorney

3

## **ORDER**

IT IS SO ORDERED that defense counsel be allowed to file the Notice of Appeal of behalf of Mr. John Allen Perry. AUSA, Brian Enos, on behalf of the Government, does not object to defendant Perry's request to file a late notice of appeal.

IT IS SO ORDERED.

Dated:   December 14, 2022

UNITED STATES DISTRICT JUDGE