1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,          )      Case №: 1:20-CR-00108-1-ADA;
                                        )      Appeal №: 22-10313
9                    Plaintiff,          )
                                        )              **O R D E R**
10           vs.                         )      **APPOINTING COUNSEL**
                                        )
11    JOHN ALLEN PERRY,                  )
                                        )
12                    Defendant.         )
                                        )
13   _____     )

14          The above named Defendant has, under oath, sworn or affirmed as to his financial

15   inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16   obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17   justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18          IT IS HEREBY ORDERED that David A. Schlesinger be appointed to represent the

19   above defendant in this case effective *nunc pro tunc* to February 2, 2023 on his appeal, in place

20   of panel attorney, David A. Torres.

21          This appointment shall remain in effect until further order of this court.

22
23   DATED: 2/3/2023

24
25                                           *Sheila K. Oberto*
                                        _____
26                                           HON. SHEILA K. OBERTO
                                             United States Magistrate Judge
27
28

                                              -1-